AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Kang)                                      CW 23-037

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEVEN SANTIAGO | ) | Case No. 23-mj-1146 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Mar. 17, 2023 through May 11, 2023  in the county of  Philadelphia  in the  Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:
See Attachment A, and the attached Affidavit.

☑ Continued on the attached sheet.

/s/ Pauline Pogorzelski

*Complainant's signature*

Pauline Pogorzelski, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-9-2023

/s/ Scott Reid

*Judge's signature*

City and state: Philadelphia, PA

Honorable Scott Reid

*Printed name and title*

## **ATTACHMENT A**

From on or about March 17, 2023 through at least May 11, 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant STEVEN SANTIAGO, with the intent to harass and intimidate another person, that is, "the Philadelphia Victim," used an interactive computer service, an electronic communication system, an electronic communication system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct, including sending text messages to the Philadelphia Victim that threatened violence and called the Philadelphia Victim approximately 533 times, that placed the Philadelphia Victim in reasonable fear of death or serious bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person.

In violation of Title 18, United States Code, Sections 2261A(2)(A) and (B), and 2261(b)(5).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Pauline Pogorzelski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI Philadelphia Division, Philadelphia, Pennsylvania and have been a Special Agent since September 26, 2021. Once hired by the FBI, I was required to complete an academy during New Agent Training at Quantico, Virginia. During the five months of training at Quantico, Virginia, I was taught the fundamentals of crime scene processing, evidence preservation and documentation. Furthermore, I attended classes relating to criminal investigations as well as training regarding the requirements for obtaining search warrants and grand jury subpoenas. Since graduation, I am currently assigned to a white-collar crimes squad where I investigate a variety of matters, to include fraud against the government, civil rights violations, and law enforcement corruption. Previously, I worked as a Detective and Police Officer for the Evanston Police Department for approximately seven years. In those roles, among other responsibilities, I investigated narcotics, firearm related crime, and other violent offenses. I have reviewed records from numerous search warrants, to include cellular telephone, email and cloud storage data, records, and content. I have received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. During my law enforcement career, I have also been involved in various types of electronic surveillance, an affiant on search warrants, executed search warrants, executed arrests, conducted physical surveillance, and conducted debriefings of witness, victims, and the subjects of crimes.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that STEVEN SANTIAGO has violated Title 18, United States Code, Section 2261A(2) (cyberstalking).

## LEGAL AUTHORITY

3.      Under Title, United States Code, Section 2261A(2), it is a crime for any person, with the intent to harass, intimidate, or place under surveillance with the intent to harass or intimidate another person, to use any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that places that person in reasonable fear of the death of or serious bodily injury to a person, or causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person.

## PROBABLE CAUSE

4.      There is probable cause to believe that STEVEN SANTIAGO has engaged in a course of conduct targeting and causing substantial emotional distress to gay, bi-sexual, and straight men who are wrestling members of BGeast.com ("BG East"), a nude wrestling website. BG East contains photographs and videos of individual wrestlers, who either use their true name or a stage name. BG East is partially subscription-based, meaning some portions of the website are generally available to the public and other portions require a paid subscription. As described below, SANTIAGO has been repeatedly calling wrestlers from the BG East website to demand the true names and contact information, such as phone numbers and addresses, for two BG East

wrestlers with stage names of "Brad" and "Alexi Adamov." SANTIAGO is also texting and using Facebook and WhatsApp[1] to contact victims. In addition, SANTIAGO is using VoIP phone numbers to disguise his identity, and to further his stalking and threats. Moreover, SANTIAGO has been telling victims, "I know where you live," and has released and threatened to release the photographs of victims to family, friends, and coworkers for not complying with his demands.

5. Based on my training and experience, I understand VoIP technology allows a user to make telephone calls over an internet connection instead of a regular (or analog) telephone line. The investigation has revealed that SANTIAGO has been using VoIP services including Ooma Inc./Talkatone ("Ooma").[2] This VoIP service provides the user with a real phone number which can be used on any smart phone, tablet, or desktop computer with an internet connection.

### SANTIAGO's Activity on BG East

6. According to BG East records, SANTIAGO has been a paid subscriber of BG East since April 2015. SANTIAGO's BG East account name is "mr.santiago96" and he provided a registration address of 36 Massitoa Road, Yonkers, NY. SANTIAGO's New York State driver's license lists his address as 36 Massitoa Road, Yonkers, NY.

7. SANTIAGO used the following two e-mail addresses in connection with his BG East account: Santiago.stevenx@gmail.com and keshanite@gmail.com. Google records reflect that Santiago.stevenx@gmail.com was created by "Steven Santiago" in August 2015, and

---

[1] WhatsApp is a mobile application that is a centralized instant messaging and VoIP (Voice over Internet Protocol) service.

[2] Ooma Inc./Talkatone is a telecommunications company that offers VoIP (Voice over Internet Protocol) calling, picture messaging, and text messaging. The VoIP service is provided via a mobile application called "Talkatone."

"keshanite@gmail.com" was created by "Kesha Nite" in April 2015. The most recent log-in for keshanite@gmail.com was in July 2019, while santiago.stevenx@gmail.com is still in use.

8. IP log-in information for santiago.stevenx@gmail.com reflects a number of log-ins from IP address 148.74.250.193 through April 2023. Optimum Online records reflect that this IP address resolves to Clodomir Santiago at 36 Massitoa Road in Yonkers, NY.

9. However, on or about April 18, 2023, IP log-in information for santiago.stevenx@gmail.com began including log-ins from IP address 69.120.10.41. According to Optimum Online records, IP address 69.120.10.41 resolves back to STEVEN SANTIAGO at 4414 Villa at Woods in Peekskill, NY 10566, with an account activation date of April 18, 2023. Both of these addresses—36 Massitoa Road and 4414 Villa at the Woods—are associated with VoIP numbers and e-mail accounts used by SANTIAGO.

10. According to West Chester County records, on April 13, 2023, the "Steven Santiago Settlement Fund Trust Management" recorded a purchase of 4414 Villa at the Woods, Unit D414, Peekskill, NY.

### Use of VoIP to Contact Victims

11. Starting in March 2023, an individual began calling, texting, and using WhatsApp to contact a male who was residing in Philadelphia, in the Eastern District of Pennsylvania ("Philadelphia Victim"). Philadelphia Victim was a wrestler for BG East, and his photographs were posted on BG East. Philadelphia Victim reported that he started receiving messages from an unknown person requesting information about BG East wrestlers as early as 2015, which stopped, but started back again in 2023. From March through May 2023, Philadelphia Victim received hundreds of phone calls and text messages from dozens of different VoIP numbers. The text messages and phone calls that Philadelphia Victim picked up related to BG East.

Philadelphia Victim believes the person who started contacting him in March 2023 is the same person who started contacting him in 2015.

12. In these calls and texts, the individual repeatedly asked Philadelphia Victim for the phone number for "Brad" and the real name for "Alexi Adamov." The individual also demanded that Philadelphia Victim send screenshots of nude wrestling photographs to "Brad" and another BG East wrestler who used the stage name "Jonny Firestorm." The individual also threatened to send these wrestling photographs to Philadelphia Victim's family and friends. The individual repeatedly warned Philadelphia Victim that he knew where Philadelphia Victim lived. These calls and text messages—all seeking the same information pertaining to BG East wrestlers—were made and sent to Philadelphia Victim using dozens of different VoIP phone numbers.

13. On March 26, 2023, Philadelphia Victim received text messages from a different VoIP number, 303-491-3079, which messaged: "again, send these screenshots to [another identified victim], thank you tell [other victim], I will never stop until I get Alexi Adamov's government name I know where you live, don't forget [winking face emoji]." Within minutes, Philadelphia Victim received the exact same message from a different VoIP number, 717-750-5671, again warning Philadelphia Victim, "I know where you live, don't forget [winking face emoji]."

14. On April 5, 2023, Philadelphia Victim received text messages from VoIP number 305-518-3690 demanding that Philadelphia Victim provide "Brad's" phone number. The message stated: "If you give me [Brad's] phone number, I'll stop harassing you forever … fuck this, I'm going to keep harassing you until the day I die."

15. On April 14, 2023, Philadelphia Victim received a group text that was sent from VoIP number 717-685-8453 to nine different people. The text message stated: "I want you guys to know that I will harass you guys forever until I get Alexi Adamov's government name and remember, this is all [owner of BG East's] fault [smiling face emoji] I want you guys to know that I will harass you guys forever until I get Alexi Adamov's government name."

16. All of the above VoIP numbers, 303-491-3079, 717-750-5671, 305-518-3690 and 717-685-8453, are Ooma phone numbers assigned to the user of the account associated with e-mail address "cheesemoney1996@gmail.com" (the "Cheesemoney Ooma Account"), which was created on January 17, 2023. Between January 17, 2023 and May 12, 2023, the Cheesemoney Ooma Account has been assigned almost 1,200 different VoIP phone numbers. A review of call detail records for the Cheesemoney Ooma Account revealed that, between March 17, 2023 and May 11, 2023, this account called Philadelphia Victim's phone number 533 times. For instance, on March 22, 2023, the Cheesemoney Ooma Account made 38 calls to Philadelphia Victim. The times of those calls are consistent with the call logs on Philadelphia Victim's cell phone, which I reviewed. That same day, VoIP number 404-517-0997 (which is assigned to the Cheesemoney Ooma Account) repeatedly texted Philadelphia Victim that he is "going to send [Brad's real name]'s BG East photos and videos to your family and friends." Then, the message listed "Brad's" BG East profile weblink, home address and phone number.

17. According to Google records, the e-mail address "cheesemoney1996@gmail.com" was created on December 21, 2022. Between December 22, 2022, and April 11, 2023, IP address 148.74.250.193 was used to login to this e-mail account 98 times. According to Ooma records, this same IP address—148.74.250.193—was associated with over 2,600 log-ins for the Cheesemoney Ooma Account.

18.   IP address 148.74.250.193 resolves back to the internet provider Optimum Online. According to Optimum Online records, December 2022 through April 2023, the subscriber associated with this IP address is: Clodomir Santiago, 36 Massitoa Rd, Yonkers, NY 10710. As noted above, according to BG East and New York State driver's license records, 36 Massitoa Road was associated with STEVEN SANTIAGO during that time period.

19.   Google records for "cheesemoney1996@gmail.com" also reflect a login from IP address 69.120.10.41 on April 20, 2023. This IP address resolves back to an Optimum Online account registered to STEVEN SANTIAGO at 4414 Villa at Woods in Peekskill, NY 10566, with an account activation date of April 18, 2023.

20.   Ooma's IP records for the Cheesemoney Account reflect that, starting around April 26, 2023 through May 12, 2023, IP address 70.23.133.3 was used over 2,700 times to connect to this account. This same IP address, 70.23.133.3, was used to log into the Google account associated with "cheesemoney1996@gmail.com" on multiple occasions on April 26 and April 27, 2023. This IP address resolves back to a Verizon account registered to STEVEN SANTIAGO at 4414 Villa at the Woods in Peekskill, NY, with phone number (917) 776-1707 and e-mail address Santiago.stevenx@gmail.com. This account was activated on April 25, 2023. As discussed above, "Santiago.stevenx@gmail.com" was the same e-mail addressed used by SANTIAGO to register his BG East membership.

21.   With Philadelphia Victim's consent, the FBI has recorded several phone calls involving Philadelphia Victim:

    a.   On March 31, 2023, Philadelphia Victim received a text message from VoIP number 818-867-0246. Using the recorded line, Philadelphia Victim called that

phone number. An individual picked up and asked "Can I have Brad's number? … Once I have it I'll just stop harassing you."

    b. On April 5, 2023, Philadelphia Victim called another VoIP number, 484-646-7691, which had been calling Philadelphia Victim. An individual with the same voice picked up and asked, "Can I have Brad's number?" Philadelphia Victim stated that he did not have Brad's phone number. Philadelphia Victim asked if the individual had been calling since St. Patrick's Day, and the individual confirmed that he has been doing so. Philadelphia Victim asked the individual why he was harassing Philadelphia Victim, and the individual replied that he was doing this because he wanted Brad's number, and also so that he could convince the owner of BG East to provide information about Alexi. Philadelphia Victim stated that he did not have information about Brad or Alexi.

    c. Again on April 5, 2023, Philadelphia Victim was contacted by, and subsequently called back, another VoIP number, 305-518-3690. An individual with the same voice responded, "Hello?" and then hung up.

22.    The above three VoIP numbers – 818-867-0246, 484-646-7691, and 305-518-3690 – are phone numbers assigned by Ooma to the Cheesemoney Ooma Account.

23.    According to Philadelphia Victim, the repeated and constant calls and messages have made him afraid. Given the number of different VoIP phone numbers used, Philadelphia Victim has been unable to block these calls and messages. These calls were made to Philadelphia Victim around the lunch hour, midnight, and 4:00 a.m. Philadelphia Victim stopped answering incoming phone calls, which negatively impacted his business. As part of Philadelphia Victim's business, he needs to be able to answer his phone to talk to and schedule sessions with potential

new clients. Since Philadelphia Victim started receiving these calls and text messages, he has been afraid to pick up his phone. Philadelphia Victim has also had to cancel appointments out of fear. Philadelphia Victim stated that he is thinking about changing the lock on his door.

24. There are other individuals whom I have interviewed who have indicated a similar pattern of persistent contact between March 2023 and May 2023, as described above. These victims are all associated with the BG East website. For instance, a victim in a different state has also received hundreds of text messages and phone calls from VoIP phone numbers traceable back to SANTIAGO's Cheesemoney Ooma Account in which SANTIAGO demanded to know the real identities of "Alexi Adamov" and "Brad," and threated, "I sent your BG East photos and videos to more of your family and friends, I also sent your BG East photos and videos to random people and BG East fans. I'm going to your house. I'm going to pay people to fuck you up[.]" Another victim has also received similar text messages and phone numbers demanding to know the real identities of "Alexi Adamov" and "Brad," followed my threats that SANTIAGO would find the victim's children. SANTIAGO has sent Facebook messages (using a fake name and profile) to the victim's child's school principal describing the victim's wrestling name, cellphone number, and old address, and also sent a collage of videos and photos of the victim wrestling, including some with the victim's genitals exposed.

## AUTHORIZATION REQUEST

25. Based upon the information above, I respectfully submit that there is probable cause to believe that STEVEN SANTIAGO, has violated Title 18, United States Code, Section 2261A(2). Therefore, I respectfully request that the attached criminal complaint and arrest warrant be issued for STEVEN SANTIAGO.

26. Your affiant requests that this Court issue an Order that the arrest warrant, affidavit and criminal complaint, and all accompanying documents, be filed under seal. Disclosure of this information would compromise this ongoing investigation by alerting the subject of this investigation and likely causing him to flee and/or destroy evidence. Accordingly, I respectfully request that the arrest warrant specified above be issued and that the same be filed under seal.

Respectfully submitted,

/s/ Pauline Pogorzelski

Pauline Pogorzelski
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ___June 9___, 2023

/s/ Scott Reid

HONORABLE SCOTT REID
UNITED STATES MAGISTRATE JUDGE