IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-** |
| v. | : | DATE FILED: _____ |
| **STEVEN SANTIAGO** | : | VIOLATIONS: |
| | | 47 U.S.C. § 223(a)(1)(C) (abuse and |
| | : | harassment using a telecommunications device - 4 counts) |

**INFORMATION**

**COUNTS ONE THROUGH FOUR**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Defendant STEVEN SANTIAGO, a resident of New York, used a Voice over Internet Protocol ("VoIP") service provider to obtain telephone phone numbers which could be used from any smart phone, tablet or desktop computer with an internet connection, despite having his own cellular telephone number.

2. VoIP technology allowed users to transmit the human voice using a broadband internet connection instead of a cellular or analog telephone line.

3. On or about the dates specified below, in the Eastern District of Pennsylvania, in the Southern District of New York, in the District of Massachusetts, and elsewhere, defendant

**STEVEN SANTIAGO,**

in interstate and foreign communications, made telephone calls and utilized a telecommunications

device without disclosing his identity, and with intent to abuse, threaten and harass a person at the called number, each victim a separate count:

| Count | Victim | Dates |
|---|---|---|
| 1 | N.W. | June 15, 2022 through May 11, 2023 |
| 2 | S.D. | March 13, 2023 through May 30, 2023 |
| 3 | J.T. | March 13, 2023 through May 11, 2023 |
| 4 | T.D. | March 17, 2023 through May 11, 2023 |

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

STEVEN SANTIAGO

INFORMATION

47 U.S.C. § 223(a)(1)(C) (abuse and harassment using a telecommunications device - 4 counts)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Foreperson

Bail, $_____