IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

STEVEN SANTIAGO
NOT IN CUSTODY

: CRIMINAL ACTION
:
: No. 24-101

# NOTICE OF HEARING

    Take notice that the defendant is scheduled for an **Arraignment/Guilty Plea** hearing on **April 23, 2023 at 2:00 p.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
  Hearing rescheduled from:

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT THREE (3) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:     Katie Rolon
        Courtroom Deputy to Judge Pappert

Date:    4/3/24

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Defense Counsel M. Meehan |
| | Assistant U.S. J. Kang |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |